FILED
CLERK, U.S. DISTRICT COURT
04/28/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-cr-00193-AB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 201(b)(2)(C): Bribery of a Public Official] |
| BABAK BROUMAND, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 201(b)(2)(C)]

On or about April 29, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant BABAK BROUMAND, a public official, namely, a Federal Bureau of Investigation Special Agent responsible for national security investigations, directly and indirectly, corruptly demanded, sought, received, accepted, and agreed to receive and accept something of value, namely, a Ducati motorcycle and accessories, in return for being induced to do an act and omit to do an act in violation of his official duty.  Specifically, defendant BROUMAND corruptly demanded and accepted a Ducati motorcycle and accessories, valued at approximately $36,000, from Individual A, an individual engaged in

criminal conduct and associated with an organized crime organization, in exchange for defendant BROUMAND querying law enforcement databases and sharing the results with Individual A, in order to help Individual A and Individual A's associates avoid prosecution and law enforcement monitoring.  Such conduct violated defendant BROUMAND's duties and responsibilities as a federal law enforcement officer, including the duty to faithfully investigate potential criminal activity, the duty to only use law enforcement databases for legitimate law enforcement activity, and the duty not to share information from law enforcement databases with others to help criminals avoid detection and law enforcement monitoring.

NICOLA T. HANNA
United States Attorney

*/s/ Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption & Civil
   Rights Section

RUTH C. PINKEL
Assistant United States Attorney
Public Corruption & Civil Rights
   Section

2