NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077
     Facsimile: (213) 894-7631
     E-mail:   ruth.pinkel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-193-RGK |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INFORMATION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| BABAK BROUMAND, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss without prejudice the Information in the above-referenced case, filed on April 28, 2020.

The government's request for dismissal is made in good faith, and is made on the basis that defendant has not waived indictment under Fed. R. Crim. P. 7(b).  The Chief Judge suspended grand jury sessions after March 25, 2020, because of the COVID-19 pandemic.  In

1

the absence of a grand jury, the government filed this single-count Information, within the statute of limitations, to preserve the statute of limitations, and gave notice to defendant. (Additionally, four days before this action was filed, defendant was arrested on a criminal complaint on a separate, but related charge. That case, 20-MJ 1777, remains open and unaffected by this motion.) Following dismissal, the government plans to present an indictment to the grand jury within the next six months, as allowed by 18 U.S.C. § 3288.

Dated: June 9, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

_____
RUTH C. PINKEL
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA