NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077
     Facsimile: (213) 894-7631
     E-mail:    ruth.pinkel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-193-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INFORMATION, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| BABAK BROUMAND, | |
| Defendant. | |

Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the Information filed in this matter be dismissed without prejudice. This Order does not affect 20-MJ 1777, which remains open and active,

IT IS SO ORDERED.

_____        _____
DATE                                   THE HONORABLE R. GARY KLAUSNER
                                       UNITED STATES DISTRICT JUDGE

Presented by:

    /s/ RUTH C. PINKEL
_____
RUTH C. PINKEL
Assistant United States Attorney